LIAM E. FELSEN (CA Bar No. 350451)
lfelsen@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, CA 90071
Phone: (213) 629-7044
Fax: (213) 229-2499

Attorneys for Defendants
VIVINT SMART HOME, INC. and
VIVINT, INC.

David S. Olson (127264)
david@davidolsonlawgroup.com
DAVID OLSON LAW GROUP
23586 Calabasas Road, Suite 200
Calabasas, CA 92302
Phone: (818) 712-8061

Attorneys for Plaintiffs
ZOHREH AFSHAR and
HAMAVOUN AFSHAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOREH AFSHAR, an individual; and HOMAVOUN AFSHAR, and individual<br><br>Plaintiffs,<br><br>v.<br><br>VIVINT SMART HOME, INC., a Utah corporation; VIVINT, INC., a Utah corporation; and DOES 1-25,<br><br>Defendants. | **CASE NO.:** 2:24-cv-02183-MCS-PD<br><br>(Superior Court of California, County of Los Angeles, Case No. 23VECV05326)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Action Filed**: November 28, 2023<br><br>**Action Removed**: March 18, 2024 |

//

//

//

# JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: April 19, 2024  FROST BROWN TODD LLP

By: _____
LIAM E. FELSEN
Attorney for Defendants,
VIVINT SMART HOME, INC. and VIVINT, INC.

DATED: April 22, 2024  DAVID OLSON LAW GROUP

By: _____
David S. Olson
Attorneys for Plaintiffs,
ZOHREH AFSHAR and
HAMAVOUN AFSHAR